IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RALPH WILLIAMS                                                                                    PLAINTIFF

vs.                                         Civil No. 5:07-cv-05230

MICHAEL J. ASTRUE                                                                              DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Now on this 9th day of July, 2008, comes for consideration the Report and Recommendation dated June 17, 2008 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation and **GRANTS** Defendant's Motion to Dismiss (Doc. No. 5). This case is hereby **DISMISSED** with prejudice.

    **IT IS SO ORDERED.**

    /s/JimmLarry Hendren
    HON. JIMM LARRY HENDREN
    UNITED STATES DISTRICT JUDGE